# Howard *v.* The State.

## *Murder.*

(Decided May 20, 1909. 49 South. 755.)

*Jury; Special Venire; Necessity of Record to Show.*—Where the record fails to show that one charged with a capital felony was tried by a special venire, or that such venire was drawn as required by section 7263, Code 1907, a judgment of conviction cannot be supported.

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. Sowell.

From a conviction for murder Jim Howard appeals. Reversed and remanded.

LEITH & GUNN, for appellant. The record fails to show that the defendant was given a special venire.— *Burton v. State,* 115 Ala. 1.

ALEXANDER M. GARBER, Attorney General, for the State.

ANDERSON, J.—The defendant was indicted for a capital felony, and was arraigned upon same; but the record fails to show that he was tried by a special venire,

[Montgomery v. The State.]

or that such a venire was drawn as required by section 7263 of the Code of 1907. The failure of the record to disclose a compliance with this statute necessitates a reversal of this case.—*Burton v. State*, 115 Ala. 1, 22 South. 585.

The judgment of the county is reversed, and the cause is remanded.

Reversed and remanded.

Dowdell, C. J., and McClellan and Sayre, JJ., concur.